FAIR PRICE MEDICAL SUPPLY CORP., as Assignee of CESAR NIVELO, Respondent, v TRAVELERS INDEMNITY COMPANY, Appellant.

Submitted March 10, 2008; decided March 13, 2008

Motion by New York Insurance Association, Inc. for leave to appear amicus curiae on the appeal herein granted only to the

extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.